```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                 :
FELIPE FERNANDEZ, *on behalf of himself and all*    :
*others similarly situated*,                               :
                                                               :        1:25-cv-3756-GHW
                            Plaintiff,   :
                                                                :                 <u>ORDER</u>
                      -v -                            :
EARTHHERO.COM, LLC,                       :
                             Defendant.    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the July 31, 2025 conference, Defendant's motion to dismiss is due by August 14, 2025; Plaintiff's opposition is due two weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition. Discovery is stayed in this matter pending the resolution of Defendant's anticipated motion to dismiss.

       SO ORDERED.

Dated: July 31, 2025                                    _____
New York, New York                                  GREGORY H. WOODS
                                                        United States District Judge